# MINUTES

CASE NUMBER:      CR 18-00167HG

CASE NAME:        USA vs.  (1) Ernest Bade; (3) Sheena Strong; (4) Marie
                  Benevides and (5) Theresa Saltus

ATTYS FOR PLA:    Marc Wallenstein for Michael F. Albanese

ATTYS FOR DEFT:   01 Peter C. Wolff
                  03 Catherine P. Gutierrez/Richard Gronna for Michael Green
                  04 Clarence McCurdy Virtue
                  05 Andrew T. Park

---

JUDGE:   Kevin S. C. Chang          REPORTER:    FTR C7

DATE:    10/30/2018                 TIME:        10:00 - 10:06

---

COURT ACTION:   EP: A & P to the Indictment -

**As to Defendant (1) Ernest Bade** - Mr. Bade is not present.
Mr. Wolff informed the Court that Mr. Bade was hospitalized, and his physical and
mental capacity is unknown.  Mr. Wolff requests a continuance of this hearing - no
objection by the government.  A & P to the Indictment is continued to 11/27/18 @ 1:30
p.m. before Magistrate Judge Mansfield.

**As to Defendant (3) Sheena Strong** - present, not in custody.
Mr. Gronna informed the Court he is specially appearing for Mr. Green, who was
retained.  A withdrawal and substitution of counsel will be submitted.

Charges have been received.
Defendant waives public reading of the Indictment.
Plea of Not Guilty entered.

Defendant has reviewed the Indictment and understands the nature of the charges against
her.

**As to Defendant (4) Marie Benevides** - present.

Charges have been received.

Defendant waives public reading of the Indictment.
Plea of Not Guilty entered.

Defendant has reviewed the Indictment and understands the nature of the charges against her.

**As to Defendant (5) Theresa Saltus** -  not present.  Mr. Park informed the Court that he filed a Waiver of Physical Appearance at Arraignment and Plea Hearing - Government has no objection. Court will accept the waiver but advised Mr. Park that in the future he should file a request/application.

Charges have been received.
Defendant waives public reading of the Indictment.
Plea of Not Guilty entered.

Defendant has reviewed the Indictment and understands the nature of the charges against her.

**Dates given as to Defendants (3) Sheena Strong, (4) Marie Benevides and (5) Theresa Saltus:**

Jury Selection/Trial is set for 12/26/18 @ 9:00 a.m. before Judge Gillmor.
Pretrial Conference is set for 12/14/18 @ 10:30 a.m. before Judge Gillmor.
Final Pretrial Conference set for 11/26/18 @ 1:30 p.m. before Magistrate Judge Mansfield.
Defense motions 11/13/18.
Government's response   11/26/18.

Discussion held re: the trial date.

Counsel may later submit a stipulation to continue the trial date at after Mr. Bade's status is known - no objection by all counsel.

Submitted by: Toni Fujinaga, Courtroom Manager.